IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL VALLS RODRIGUEZ,

    Plaintiff,

No. 1:24-CV-01132 LF/SCY

THE NEW MEXICO DEPARTMENT OF
GAME AND FISH; MICHAEL SLOANE;
REBECCA ARCHULETA; JAMES
PITMAN; RYAN DARR; JOHN AND
JANE DOES I-X,

    Defendants.

## ORDER GRANTING DEFENDANT NEW MEXICO DEPARTMENT OF GAME AND FISH'S MOTION TO ENLARGE THE DEADLINE TO FILE MOTION TO COMPEL

THIS MATTER is before the Court on Defendant New Mexico Department of Game and Fish's (NMDGF) Motion to Enlarge the Deadline to File a Motion to Compel, filed April 24, 2025 (Doc. 21), and, finding the unopposed[1] motion well-taken, orders as follows:

1. NMDGF's Unopposed Motion to Enlarge the Deadline to File a Motion to Compel is GRANTED;

2. The time to file a Motion to Compel under N.M.D.LR-CIV. 26.6 is hereby enlarged and NMDGF has until May 19, 2025 to file a Motion to Compel related to Plaintiff's Responses to NMDGF's First Set of Interrogatories and Requests for Production, if necessary, after the parties meet and confer.

IT IS SO ORDERED.

_____
STEVEN C. YARBROUGH
United States Magistrate Judge

---

[1] Plaintiff, through his counsel, initially opposed the Motion to Enlarge the 21-day deadline. Doc. 22, filed April 25, 2025, withdrew that opposition.

Respectfully submitted,

PARK & ASSOCIATES, L.L.C.

By: /s/ Taylor M. Lueras
Taylor M. Lueras
*Counsel for NMDGF Defendants*
3840 Masthead Street, N.E.
Albuquerque, NM 87109
Telephone: (505) 246-2805
tlueras@parklawnm.com

Approved to form by:

*Electronically Approved 04-25-25*
K. Renee Gantert
10763 S. Van Trap Spring Dr.
Vail, AZ 85641
 krgantert@gmail.com
Attorney for Plaintiff